

Figure 3. Picture showing the extent of the fracture into the width and thickness of the link.