

Figure 4. Picture showing the right-side of the steps that did not have the large crack that was on the left-side. It appears that the welding process utilizing a torch caused an ingress or groove (i.e. a smaller crack) in the link.