Figure 9. A frontal view of the steps also showing the inclination/tiling to the left.



Figure 10. A picture showing the clearance or spacing between the last step and the ground.

Sincerely,

Tariq Khraishi

Editor-in-Chief, International Journal of Theoretical and Applied Multiscale Mechanics

Fellow of ASME

Professor of Mechanical Engineering

Assistant Dean in the School of Engineering

University of New Mexico

Albuquerque, New Mexico, USA

Tel: 505-277-6803, E-mail: khraishi@unm.edu

10



*Online Multi-Distributor Parts Ordering System*

### 25 SERIES Triple tread electric step w/CU

Pod"d ID "902509000 - Ship V\U6 LBS.



**25 Series- Triple Tread Electric Step** by *Kwikee*
With Motor and Control Unit.

- RISE: 8 in.
- RUN: 9 in.
- TREAD: 24 in.
- MOUNTING BOLT PATIERN: 8x22 in.



**More Kwikee/Power Gear Products Co. Inc. products**
**Where can I buy this product?**

Copyright © 1999-2011 Paradigm Solutions, Inc. All Rights Reserved Worldwide