IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEDRA DENISON,

      Plaintiff,

vs.                                                        No. 1:14-CV-00531 KG/KBM

ENGINEERED SOLUTIONS L.P. d/b/a
POWER GEAR,

      Defendant.

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court on the Motion of Engineered Solutions L.P. d/b/a Power Gear to dismiss this action with prejudice, and the Court being fully advised,

FINDS:

The parties, Nedra Denison and Engineered Solutions, L.P. d/b/a Power Gear, have entered into a settlement agreement providing for the dismissal of this action with prejudice, with no further liability to either party.

The Court orders that this action be and it hereby is dismissed, with prejudice, with no further liability to either party. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

                                                                      _____
                                                                     UNITED STATES DISTRICT JUDGE

Submitted by:

SHEEHAN & SHEEHAN, P.A.
*Attorneys for Defendants*
Post Office Box 271
Albuquerque, NM 87103
(505) 247-0411

BY:   */s/Craig T. Erickson*
         CRAIG T. ERICKSON
         cte@sheehansheehan.com
         QUENTIN SMITH
         qs@sheehansheehan.com


Approved:

JOHN G. TRAVERS, ATTORNEY AT LAW LLC
*Attorney for Plaintiff Nedra Denison*
8010 Menaul Blvd., N. E.
Albuquerque, NM   87110
(505) 299-8999

BY:   *Electronically approved on 11/10/15*
         JOHN G. TRAVERS
         travers.john63@yahoo.com